The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RING & PINION SERVICE, INC., ) | |
| ) | |
| Plaintiff, ) | No. 2:09-cv-00586-RSM |
| ) | |
| v. ) | DECLARATION OF BENJAMIN |
| ) | J. BYER IN SUPPORT OF ARB'S |
| ARB CORPORATION LTD., ) | MOTION FOR SUMMARY |
| ) | JUDGMENT |
| Defendant. ) | |
| ) | |

I, Benjamin J. Byer, declare as follows:

1. I am an attorney with Davis Wright Tremaine LLP and am one of the attorneys of record for defendant ARB Corporation Ltd. ("ARB") in this action. I have personal knowledge of the matters herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of U.S. Patent No. 5,591,098, entitled "Locking Differential."

3. Attached hereto as **Exhibit B** is a true and correct copy of R&P's Non-Infringement Contentions dated November 23, 2009.

4. Attached hereto as **Exhibit C** is a true and correct copy of ARB's Second Supplemental Infringement Contentions dated June 29, 2011.

5. Attached hereto as **Exhibit D** is a true and correct copy of R&P's Supplemental Non-Infringement Contentions dated June 15, 2011.

DECLARATION OF BENJAMIN J. BYER — 1
(2:09-cv-00586-RSM)
DWT 18587601v1 0089988-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1     6.     Attached hereto as **Exhibit E** is a true and correct copy of R&P's Amended

2  Preliminary Claim Construction dated July 18, 2011.

3     7.     Attached hereto as **Exhibit F** is a true and correct copy of R&P's Rebuttal

4  Expert Report dated September 16, 2011.

5  I declare under penalty of perjury that the foregoing is true and correct.

6  Executed this 21st day of November, 2011.

7

8                                    s/Benjamin J. Byer_____
                                     Benjamin J. Byer

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

DECLARATION OF BENJAMIN J. BYER — 2
(2:09-cv-00586-RSM)
DWT 18587601v1 0089988-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

# CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of November, 2011, I electronically filed the foregoing with the court using the CM/ECF system and I caused to be served a true and correct copy of the following document(s) by the method indicated below and addressed as follows:

DECLARATION OF BENJAMIN J. BYER IN SUPPORT OF ARB'S MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| Lawrence D. Graham | _____ U.S. Mail |
| David A. Lowe | _____ Hand Delivery |
| Lowe Graham Jones | _____ Overnight Mail |
| 701 Fifth Avenue, Suite 4800 | _____ Facsimile |
| Seattle, WA 98104-7009 | \_\_\_x\_\_ CM/ECF Notification |
| Tel:  (206) 381-3300 | \_\_\_x\_\_ Email |
| Fax:  (206) 381-3301 | |
| Email:  graham@lowegrahamjones.com | |
| Email:  lowe@lowegrahamjones.com | |

DATED this 21st day of November, 2011, 2011.

s/Benjamin J. Byer_____
Benjamin J. Byer

DECLARATION OF BENJAMIN J. BYER — 3
(2:09-cv-00586-RSM)
DWT 18587601v1 0089988-000001

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700