UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RING & PINION SERVICE, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARB CORPORATION LTD., <br><br> Defendant. | CASE NO. C09-586-RSM <br><br> ORDER GRANTING SUMMARY JUDGMENT IN FAVOR OF ARB CORP. LTD |

This matter comes before the Court on remand from the United States Court of Appeals for the Federal Circuit. On February 19, 2014, the Federal Circuit entered an Opinion that reversed and remanded this Court's Order on Cross-Motions for Summary Judgment (Dkt. # 57) and instructed the Court to grant summary judgment of infringement in favor of ARB Corp. Ltd. Dkt. # 61. The Federal Circuit issued the formal Mandate in this matter on March 28, 2014. Dkt. # 62. Pursuant to the Federal Circuit's instruction, the Court hereby grants summary judgment of infringement in favor of ARB Corp. Ltd. The Clerk is directed to enter judgment accordingly.

Dated this 15 day of April, 2014.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING SUMMARY JUDGMENT IN FAVOR OF ARB CORP. LTD - 1